**MCCARTHY & HOLTHUS, LLP**
THOMAS HOLTHUS, ESQ. (SBN 115776)
MATHEW E. PODMENIK ESQ. (SBN 219364)
DANIEL J. GOULDING, ESQ. (SBN 120561)
1770 Fourth Avenue
San Diego, California 92101
Phone: (619) 685-4800
Facsimile: (619) 685-4810

Attorneys for Plaintiffs,
Novastar Mortgage, Inc., its assigness and/or Successor

Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only ✓

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Novastar Mortgage Inc., | CASE NO. 08-00614 - SGL EDCV |
| Plaintiff, | ~~PROPOSED~~ ORDER TO REMAND |
| vs. | Date: October 27, 2008 Time: 10:00 am |
| Erickim Aziza et al | Dept.: Courtroom One |
| Defendant | |

Plaintiff, Novastar Mortgage, Inc. ("Plaintiff"), by and through their attorneys of record, Thomas Holthus, Esq., of McCarthy & Holthus, LLP, who respectfully submit to this Court a proposed Order to Remand.

**IT IS ORDERED** that the Motion to Remand be granted.

10-27-08.

_____
Judge of the District Court

Proposed Order to Remand
File No. 08-5796 /Case No. 08-00614

ORIGINAL